# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IMMERVISION, INC., | ) |
| Plaintiff, | ) C.A. No. 21-1484-MN-CJB |
| v. | ) |
| APPLE, INC. | ) |
| Defendant. | ) |
| IMMERVISION, INC., | ) |
| Plaintiff, | ) C.A. No. 21-1570-MN-CJB |
| v. | ) |
| APPLE, INC. | ) |
| Defendant. | ) |
| IMMERVISION, INC., | ) |
| Plaintiff, | ) C.A. No. 21-1733-MN-CJB |
| v. | ) |
| APPLE, INC. | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on November 2, 2022, upon the following attorneys of record as indicated below:

> DEFENDANT APPLE INC.'S RESPONSES AND OBJECTIONS TO PLAINTIFF IMMERVISION, INC.'S FIRST SET OF INTERROGATORIES (NOS. 1-5) **[HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY]**

2

**VIA ELECTRONIC MAIL**

John D. Simmons
Dennis J. Butler
Keith A. Jones
PANITCH SCHWARZE BELISARIO & NADEL LLP
Wells Fargo Tower
2200 Concord Pike, Suite 201
Wilmington, DE 19803
jsimmons@panitchlaw.com
dbutler@panitchlaw.com
kjones@panitchlaw.com

|  |  |
|---|---|
| OF COUNSEL:<br><br>Michael T. Pieja<br>Doug Winnard<br>Shaun Zhang<br>Jennifer M. Hartjes<br>GOLDMAN ISMAIL TOMASELLI BRENNAN<br>  & BAUM LLP<br>200 South Wacker Drive, 22nd Floor<br>Chicago, IL  60606<br>Tel:  (312) 681-6000<br><br>Dated:  November 3, 2022<br>10423627/12209.00047 | POTTER ANDERSON & CORROON LLP<br><br>By:  */s/ Bindu A. Palapura*<br>      David E. Moore (#3983)<br>      Bindu A. Palapura (#5370)<br>      Brandon R. Harper (#6418)<br>      Hercules Plaza, 6th Floor<br>      1313 N. Market Street<br>      Wilmington, DE  19801<br>      Tel:  (302) 984-6000<br>      dmoore@potteranderson.com<br>      bpalapura@potteranderson.com<br>      bharper@potteranderson.com<br><br>*Attorneys for Defendant Apple Inc.* |